UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-172

FILED
OCT 8 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
DAVID W. CRAVENS )

Leave of court is granted for the filing of the foregoing dismissal.

10-8-2010
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE